# EXHIBIT "C"

EXHIBIT "C"

HERTZ E-Print

## HERTZ ITALIANA S.R.L.
(Legge 30-12-91 No. 413 Decreto Min. 30-3-1992)
Cod.Fisc.No.00433120581/Part. I.V.A. No.IVA 00890931009
Capitale Sociale interamente Versato Euro 1.635.000,00/
REA Roma n.225428 - R.I. No.1807/60

**Renting Company:**
HERTZ ITALIANA S.R.L.
VIA DEL CASALE CAVALLARI 204
00156 ROMA
ITALY
VAT Reg: IT00890931009

**Hertz.**
**INVOICE**

| | |
|---|---|
| Invoice No: | 730733 |
| Invoice Date: | 22/10/2014 |
| Rental Agreement No: | 332312735 |
| Renter: | GOOD ASHLEY |
| Account No.: | ****************SHLE FCH |
| CDP No.: | 283320 |
| CDP Name: | GE AIRCRAFT ENGINES |

TAX TITLE:
PPD
929 N. FRONT ST
WILMINGTON
28401
UNITED STATES

GOOD ASHLEY
929 N. FRONT ST
WILMINGTON
, NC 28401
UNITED STATES

## RENTAL REFERENCE
Rental Agreement No: 332312735
Reservation ID: G2160432273
Bill Reference: G2160432273

## RENTAL DETAILS
| | |
|---|---|
| Tariff: | BCR 2920 PAN EUROPEAN CONTRACT RATE |
| Rented On: | 19/07/2014 14:58 FLORENCE CENTRE |
| Returned On: | 26/07/2014 08:25 FLORENCE CENTRE |
| Car Description: | FOCUS C-MAX 1.6  EW851DJ  0156CC DIESEL |
| Charged: | E |
| Rented: | E |
| Reserved: | E |

KM/MI  In: 9,800
       Out: 2,996
       Driven: 6,804

## RENTAL CHARGES
| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 147.75 | 147.75 |
| SUBTOTAL | | | 147.75 A |
| DAMAGE WAIVER (CDW/LDW) | | | 15.00 A |
| THEFT PROTECTION | | | 15.00 A |
| LOCATION SURCHARGE | | | 8.89 A |
| DAMAGE PROCESSING ADMIN FEE | | | 50.00 A |
| DAMAGE CHARGE/ESTIMATE | | | 374.00 N |
| ROAD TAX | | | 11.90 A |
| VAT | | | 54.68 |
| INVOICE AMOUNT | | | 677.22 EUR |

## TAX ANALYSIS
| | | | |
|---|---|---|---|
| A @ 22.00% | 248.54 = | 54.68 | |
| TOTAL | 248.54 = | 54.68 EUR | |

VAT Point Date: 26/07/2014
VAT Supply Type: Rental Charges
Customer VAT Reg:

## MISCELLANEOUS INFORMATION

## DUE UPON RECEIPT
L'IMPOSTA DI BOLLO SE INDICATA SUL PRESENTE DOCUMENTO VIENE ASSOLTA
IN MODO VIRTUALE IN BASE ALL'AUTORIZZAZIONE D.R.E. n. 369/93 Rep,
2 T del 12.02.93, RELATIVO A CORRISPETTIVI ASSOGGETTATI AD IVA.

PLEASE PAY TO:
HERTZ ITALIANA S.R.L.
VIA DEL CASALE CAVALLARI 204
00156 ROMA (RM)

BANK DETAILS:
DEUTSCHE BANK
IT84E0310403200 000000770015
0 ROMA

THANK YOU FOR RENTING FROM HERTZ

| | | |
|---|---|---|
| ITALY | ITALY | |
| | I: IT84E0310403200000000770015 TOTAL CHARGES | 677.22 EUR |
| | BIC: DEUTITMMROM | |
| Phone: | 02/69430019 | |
| Fax: | WWW.HERTZ.COM | Please Pay: 677.22 EUR |
| Web: | www.hertz.com | |

**Hertz.** - noreply

|,,

noreply@hertz.com | www.hertz.com

---------------

This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

---------------